663 A.2d 1352

IN RE THE INQUIRY OF EVAN W. BROADBELT, J.M.C.

July 7, 1995.

## ORDER

Petition for review of Opinion # 13–95 of the Advisory Committee on Extrajudicial Activities is granted.

663 A.2d 1352

SPECIALIZED MEDICAL SYSTEMS, INC.
v. LUC J. LEMMERLING, M.D.

July 20, 1995.

## CONSENT ORDER FOR SETTLEMENT

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.